Wojceich Antczak, defendant in error, v. One Mrs. Majewski, trading as White Star Bakery, plaintiff in error. Gen. No. 36,129.

Opinion filed February 8, 1933.

William T. Dickerman and Vincent P. Ignowski, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.

International Geneva Association of Chicago, Illinois, appellant, v. George W. Schwartz, trading as George W. Schwartz & Company, appellee. Gen. No. 36,202.

Opinion filed February 8, 1933.

Bederman, Klein & Gralnek, for appellant; Richard R. Klein, of counsel. Bennett & Colbach, for appellee; Herbert Bebb, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Minneapolis Larabee Flour Company, appellee, v. I. Berger, appellant. Gen. No. 35,763.

Opinion filed February 8, 1933. Rehearing denied February 20, 1933.

L. A. Sherwin, for appellant. Edward E. Contarsy, for appellee; B. M. Steiner, of counsel.

Mr. Justice Hall delivered the opinion of the court.

H. Channon Company, appellant, v. Whitman & Barnes, Inc., appellee. Gen. No. 35,772.

Opinion filed February 8, 1933.

Towney, Wild, Campbell & Clark, for appellant; J. Arthur Miller and Richard C. Bleloch, of counsel. Poppenhusen, Johnston, Thompson & Cole, for appellee; Edward J. Fleming, of counsel.

Mr. Justice Hall delivered the opinion of the court.